# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

CLEVELAND WINSTON KILGORE-BEY " Next Friend ",
ISMAEL ZAMBADA GARCIA aka " EL MAYO " et al.,

                              Civil

      Petitioner,         } Case No: __24-cv-06877-NRM__

                            } WRIT OF HABEAS CORPUS

VS.                          } 28 USCS 2241 AND,

                            } THE ALL WRITS ACT 28 USCS 1651

WARDEN, HERIBERTO TELLEZ et al.,   }

**MORRISON, J**

## MOTION FOR LEAVE TO FILE FOR RELEASE OF CUSTODY PURSUANT TO THE ORIGINAL GREAT WRIT OF HABEAS CORPUS

      **Comes now,** Petitioner Cleveland Winston Kilgore-Bey respectfully, move before this Honorable Court Article III Judge, to respectfully declare an order executed for the immediate released of the body ie., property so held in custody at MDC Brooklyn Detention Center, thus, the current detention Center where Zambada is detained, is within this US District Court jurisdiction. The Petitioner "Hereinafter Kilgore-Bey, " declare this writ granted in the interest of justice and, to immediately protect the Petitioner Zambada inalienable rights that are currently in violation through the current custody as stated within the four corners of this full petition.

      On or about the date of July. 25th 2024, Ismael Zambada-Garcia known to the Respondents as " El Mayo, " " Hereinafter Zambada-Garcia, " was factually arrested, coerced, therefore, kidnapped against his will and his liberty interest protected pursuant to the US

REC'D IN PRO SE OFFICE
SEP 25 '24 PM 4:52

Constitutional 5th Amendment and, 14th Amendment liberty interest to travel and, violations of all the laws herein which protect his Due Process freedoms from current invasion of over 20 unidentified United States Government agents who physically seized his body by way of Fraud, deceit, collusion, thus, kidnapping his body at an Airport in the US Territory New Mexico area, in violation of United States laws 18 USC 1201(c) which says; " Whoever unlawfully seizes, confines, decoys, kidnaps, abducts, or carries away and holds for ransom or reward any person, or when the person is willfully transported in interstate or foreign commerce across a state boundary is guilty of kidnapping and shall be punished by imprisonment for any term of years or life and, if the death results, by death or life imprisonment." See. current violations of 18 USC 241 and, Zambada-Garcia rights of liberty violated in statute 18 USC 242 held under color of laws.

Therefore, I invoke the jurisdiction and protections for Petitioner Zambada-Garcia liberty interest by immediate use of this Honorable Court Article III jurisdiction sec. 1; The judicial Power of the United States, shall be vested in one supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish. The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behaviour, and shall, at stated Times, receive for their Services, a Compensation, which shall not be diminished during their Continuance in Office.

Both conspiracy and attempt are considered forms of kidnapping under the statute. If two or more people conspire to violate this law, they will be punished as if they had acted alone, but attempted kidnapping carries a lesser punishment. All unknown 20 Agents of the United States Government did conspire against Petitioner Zambada liberty interest to travel thus, violated the United States Laws incorporated herein by way of presumption of jurisdiction to violate his Constitutional rights under color of law.

On or about June. 25th 2024, all unidentified Agents of the United States Government did unlawfully conspire against Zambada-Garcia rights of liberty to travel, through actions of violations of United States laws 18 USC 241; Conspiracy Against Rights, 18 USC 242; Deprivation Of Rights under Color of Law, " This provision makes it a crime for someone acting under color of law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States. **See. Case Of Authority;** Waley v. Johnson., 316 US 101 (1942). Therefore, I invoke **Article I, section 9, Clause 2** which says; The Privilege of the Writ of Habeas Corpus shall not be suspended, unless when in Cases of Rebellion or Invasion the public Safety may require it.

**See. Case Of Authority;** Boumediene v. Bush, 553 U.S. 723 ( 2008 ) and, INS v. St. Cyr, 533 U.S. 289 ( 2001 ), holding that the former case did not pertain to immigration and that the latter case involved using habeas as a vehicle to seek the release of aliens who were in custody pending deportation proceedings. Thuraissigiam, 140 S. Ct. At 1981-82.

Therefore, Petitioner Cleveland Winston Kilgore-Bey and Zambada-Garcia aver & respectfully invoke Rule 201 Judicial Notice, to this Honorable Court that, Petitioner Zambada is currently detained by the United States Government unidentified officers by way of Collusion, Fraud, Misrepresentation and, Coercion under color of law, by the United States Agents & Officers action of violating the kidnapping laws, thus, Petitioner Cleveland Kilgore-Bey and, Ismael Zambada-Garcia invoke this Honorable Court jurisdiction collectively with all the statutes provided in the full pleadings and, the All Writs Act 28 USC 1651(a)(b), 28 USC 2241(3)(4)(5), 5 USC 555 / P.L. 118-78, 5 USC 702 and, 5 USC 706 Ancillary Matter Of Jurisdiction / Right Of Interest. **See. Case Of Authority;** Boumediene v. Bush., 553 US 723    ( 2008 ).

The Petitioner Kilgore-Bey aver, the property ie., body so detained is to be protected through the enforcement of this honorable Court order against the United States Agents and, officers acting under color of authority in direct violation of a long standing Treaty ' The Moroccan-American Treaty of Friendship 1787, " and the " 1969 Vienna and Hague Conventions," thus, Petitioner Cleveland Kilgore-Bey is a current member of the Treaty stated herein, thus, seeks his interest of the granting of the full relief and, protections from this Honorable Court for all the violations legered herein and, to protect the Petitioner Zambada-Garcia Inalienable Rights currently violated by the Agents of the United States Government holding Zambada-Garcia in the local Federal Detention Center/MDC BROOKLYN, located at 80 29th Street Brooklyn, NY 11232.

## OATH

I, Cleveland Winston Kilgore-Bey declare under penalty of perjury under the laws of the United States of America, pursuant to 28 USC 1746(1), that all information provided is true and correct.

Pg. 4 Of 5

# RELIEF DECLARED

This petition of declaration is to declare to this Honorable Court Judge grant an order to, issue the immediate release order for the body ie., property; Identification Name; ISMAEL ZAMBADA-GARCIA, thus, currently held in custody through the United States Marshal Service, therefore, order the immediate release without delay.

Date: September. 19, 2024  Anno Domini.

( Principle ) *Cleveland Winston Kilgore-Bey*

CLEVELAND WINSTON KILGORE-BEY

7750 Marlboro Pike Suite #221

Forestville, Maryland 20747

{ kilgorebey0128@gmail.com }

CC; UNITED STATES ATTORNEY OFFICE

**ATTN; MARK B. GARLAND / US ATTORNEY GENERAL**

950 Pennsylvania Avenue, N.W.  Room 2242

Washington, DC  20530-0001

Pg. 5 Of 5

*Petitioner*
*Return After Filed*
*on Docket !!*

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

**CLEVELAND WINSTON KILGORE-BEY " Next Friend ",**

**ISMAEL ZAMBADA GARCIA aka " EL MAYO " et al.,**

                                      **Civil**

           Petitioner,        } **Case No:**_____

                                } **WRIT OF HABEAS CORPUS**

**VS.**                             } **28 USCS 2241 AND,**

                                } **THE ALL WRITS ACT 28 USCS 1651**

**WARDEN, HERIBERTO TELLEZ et al.,**  }

_____/

## MOTION FOR LEAVE TO FILE FOR RELEASE OF CUSTODY PURSUANT TO THE ORIGINAL GREAT WRIT OF HABEAS CORPUS

      **Comes now,** Petitioner Cleveland Winston Kilgore-Bey respectfully, move before this Honorable Court Article III Judge, to respectfully declare an order executed for the immediate released of the body ie., property so held in custody at MDC Brooklyn Detention Center, thus, the current detention Center where Zambada is detained, is within this US District Court jurisdiction. The Petitioner "Hereinafter Kilgore-Bey, " declare this writ granted in the interest of justice and, to immediately protect the Petitioner Zambada inalienable rights that are currently in violation through the current custody as stated within the four corners of this full petition.

      On or about the date of July. 25th 2024, Ismael Zambada-Garcia known to the Respondents as " El Mayo, " " Hereinafter Zambada-Garcia, " was factually arrested, coerced, therefore, kidnapped against his will and his liberty interest protected pursuant to the US

Pg. 1 Of 5

Constitutional 5th Amendment and, 14th Amendment liberty interest to travel and, violations of all the laws herein which protect his Due Process freedoms from current invasion of over 20 unidentified United States Government agents who physically seized his body by way of Fraud, deceit, collusion, thus, kidnapping his body at an Airport in the US Territory New Mexico area, in violation of United States laws 18 USC 1201(c) which says; " Whoever unlawfully seizes, confines, decoys, kidnaps, abducts, or carries away and holds for ransom or reward any person, or when the person is willfully transported in interstate or foreign commerce across a state boundary is guilty of kidnapping and shall be punished by imprisonment for any term of years or life and, if the death results, by death or life imprisonment." See. current violations of 18 USC 241 and, Zambada-Garcia rights of liberty violated in statute 18 USC 242 held under color of laws.

Therefore, I invoke the jurisdiction and protections for Petitioner Zambada-Garcia liberty interest by immediate use of this Honorable Court Article III jurisdiction sec. 1; The judicial Power of the United States, shall be vested in one supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish. The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behaviour, and shall, at stated Times, receive for their Services, a Compensation, which shall not be diminished during their Continuance in Office.

Both conspiracy and attempt are considered forms of kidnapping under the statute. If two or more people conspire to violate this law, they will be punished as if they had acted alone, but attempted kidnapping carries a lesser punishment. All unknown 20 Agents of the United States Government did conspire against Petitioner Zambada liberty interest to travel thus, violated the United States Laws incorporated herein by way of presumption of jurisdiction to violate his Constitutional rights under color of law.

Pg. 2 Of 5

On or about June. 25th 2024, all unidentified Agents of the United States Government did unlawfully conspire against Zambada-Garcia rights of liberty to travel, through actions of violations of United States laws 18 USC 241; Conspiracy Against Rights, 18 USC 242; Deprivation Of Rights under Color of Law, " This provision makes it a crime for someone acting under color of law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States. **See. Case Of Authority;** Waley v. Johnson., 316 US 101 (1942). Therefore, I invoke **Article I, section 9, Clause 2** which says; The Privilege of the Writ of Habeas Corpus shall not be suspended, unless when in Cases of Rebellion or Invasion the public Safety may require it.

**See. Case Of Authority;** Boumediene v. Bush, 553 U.S. 723 ( 2008 ) and, INS v. St. Cyr, 533 U.S. 289 ( 2001 ), holding that the former case did not pertain to immigration and that the latter case involved using habeas as a vehicle to seek the release of aliens who were in custody pending deportation proceedings. Thuraissigiam, 140 S. Ct. At 1981-82.

Therefore, Petitioner Cleveland Winston Kilgore-Bey and Zambada-Garcia aver & respectfully invoke Rule 201 Judicial Notice, to this Honorable Court that, Petitioner Zambada is currently detained by the United States Government unidentified officers by way of Collusion, Fraud, Misrepresentation and, Coercion under color of law, by the United States Agents & Officers action of violating the kidnapping laws, thus, Petitioner Cleveland Kilgore-Bey and, Ismael Zambada-Garcia invoke this Honorable Court jurisdiction collectively with all the statutes provided in the full pleadings and, the All Writs Act 28 USC 1651(a)(b), 28 USC 2241(3)(4)(5), 5 USC 555 / P.L. 118-78, 5 USC 702 and, 5 USC 706 Ancillary Matter Of Jurisdiction / Right Of Interest. **See. Case Of Authority;** Boumediene v. Bush., 553 US 723     ( 2008 ).

Pg. 3 Of 5

The Petitioner Kilgore-Bey aver, the property ie., body so detained is to be protected through the enforcement of this honorable Court order against the United States Agents and, officers acting under color of authority in direct violation of a long standing Treaty ' The Moroccan-American Treaty of Friendship 1787, " and the " 1969 Vienna and Hague Conventions," thus, Petitioner Cleveland Kilgore-Bey is a current member of the Treaty stated herein, thus, seeks his interest of the granting of the full relief and, protections from this Honorable Court for all the violations legered herein and, to protect the Petitioner Zambada-Garcia Inalienable Rights currently violated by the Agents of the United States Government holding Zambada-Garcia in the local Federal Detention Center/MDC BROOKLYN, located at 80 29th Street Brooklyn, NY 11232.

## O A T H

I, Cleveland Winston Kilgore-Bey declare under penalty of perjury under the laws of the United States of America, pursuant to 28 USC 1746(1), that all information provided is true and correct.

Pg. 4 Of 5

# RELIEF DECLARED

This petition of declaration is to declare to this Honorable Court Judge grant an order to, issue the immediate release order for the body ie., property; Identification Name; ISMAEL ZAMBADA-GARCIA, thus, currently held in custody through the United States Marshal Service, therefore, order the immediate release without delay.

Date: September. 19, 2024  Anno Domini.

( Principle )  *Cleveland Winston Kilgore-Bey*

CLEVELAND WINSTON KILGORE-BEY

7750 Marlboro Pike Suite #221

Forestville, Maryland 20747

{ kilgorebey0128@gmail.com }

CC; UNITED STATES ATTORNEY OFFICE

ATTN; MARK B. GARLAND / US ATTORNEY GENERAL

950 Pennsylvania Avenue, N.W.  Room 2242

Washington, DC  20530-0001

Pg. 5 Of 5

ATTN: CLERK OF COURT

Enclosed is a New Civil Action Habeas Corpus to be filed. After filed return the enclosed Petition for Petitioner. Thanks & God Bless!

Enclosed is the Money Order for $5.00 for the Filing Fee.

# MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



**PRIORITY MAIL EXPRESS®**

UNITED STATES POSTAL SERVICE


ER 128 421 200 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)
CLEVELAND WINSTON KILGORE-BEY
7750 Marlboro Pike Suite 221
Forestville, M.D 20747

**DELIVERY OPTIONS (Customer Use Only)**
☑ SIGNATURE REQUIRED

TO: (PLEASE PRINT)
CLERK, US DISTRICT COURT
225 Cadman Plaza East
Brooklyn, NY 11201
ZIP+4: 11201

➤ PEEL FROM THIS CORNER

$100.00 insurance included.

LABEL 11-B, NOVEMBER 2023



  
UNITED STATES POSTAL SERVICE